JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: CV 10-08265 |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| MATT ISRAEL, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, MATT ISRAEL, in the total amount of $693.32.

Dated: 12/3/2010

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1